## Commonwealth *v.* Cooper, Appellant.

Argued December 14, 1966. *John W. Packel,* Assistant Defender, with him *Leonard Packel,* Assistant Defender, *Martin I. Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.